UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SAUCEDO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIRKA GOODE, et al.,<br><br>    Defendants. | Case No. 21-cv-08314-JST<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jorge Saucedo filed this action on October 26, 2021. On February 17, 2022, he filed an amended complaint, purporting to name Pan Geo Construction, Inc., a California corporation, as an additional plaintiff. ECF No. 43 at 3.

A corporation cannot appear in federal court except through counsel. *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). Either counsel for Pan Geo Construction shall enter an appearance by May 20, 2022 or Pan Geo Construction shall show cause why it should not be dismissed as a plaintiff. Unless Pan Geo has obtained counsel, a written response to this order to show cause is due May 31, 2022. The Court will address this issue further at the case management conference scheduled for June 7, 2022.

**IT IS SO ORDERED.**

Dated: March 29, 2022

                                                              JON S. TIGAR<br>
                                              United States District Judge